**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| ADAM WOOD, *on behalf of himself and all others similarly situated,* | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:24-cv-128-DJH |
| W6LS, INC., d/b/a WITHU and WITHU LOANS, et al., | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The parties are filing this joint status report pursuant to this Court's October 28, 2025 Order (Doc. 21) granting Defendants' motion to compel individual arbitration (Doc. 13).

As set forth in the parties' prior Joint Status Report (Doc. 27), on October 28, 2025, Plaintiff filed a motion for reconsideration of this Court's Order (Doc. 21) granting Defendants' motion to compel individual arbitration (Doc. 13); on November 17, 2025, Defendants filed an opposition to Plaintiff's motion for reconsideration (Doc. 25); and on December 1, 2025, Plaintiff filed a reply in support of the motion for reconsideration (Doc. 26).

On March 5, 2026, Defendants filed a Notice of Supplemental Authority (Doc. 28) in further support of their response to Plaintiff's motion for reconsideration (Doc. 25), attaching Fisher v. Welch, et al., Wood v. Ascend Loans, and Bridges v. Raines.

Plaintiff's motion for reconsideration (Doc. 21) remains pending before the Court.

As of the time the parties are filing this Joint Status Report, Plaintiff has not filed an arbitration action against Defendants regarding the claims asserted in this lawsuit.

Respectfully Submitted,

**ALMEIDA LAW GROUP LLC**

By: *<u>/s/ Matthew J. Langley</u>*
Matthew J. Langley
849 W. Webster Avenue
Chicago, IL 60614
773.554.9354
matt@almeidalawgroup.com

**LOCKABY PLLC**
Matthew T. Lockaby
Amanda M. Lockaby
Abigail C. Wearden
476 East High Street, Suite 200
Lexington, KY 40507
859.263.7884
mlockaby@lockabylaw.com
alockaby@lockabylaw.com
awearden@lockabylaw.com

**W6LS, INC. AND CALIBER FINANCIAL SERVICES, INC.**

By: *<u>/s/ Paul Croker</u>*
Paul Croker
(admitted *pro hac vice*)
Kevin W. Prewitt
(admitted *pro hac vice*)
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard
Suite 1500
Kansas City, Missouri 64108-2617
Phone: 816-221-3420
pcroker@atllp.com
kprewitt@atllp.com

Chadwick A. McTighe
Jeffrey S. Moad
**STITES & HARBISON, PLLC**
400 W. Market St., Ste. 1800
Louisville, KY 40202
Phone: 502-587-3400
cmctighe@stites.com
jmoad@stites.com

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record through the ECF system this 28th day of September, 2026.

*/s/ Matthew J. Langley*